RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CA 95353-3051
(209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>**FELIPE VELASCO**<br>SSN #1   XXX-XX-6398       AKA:<br><br><br>**ALMA DELIA CARRENO**<br>SSN #2   XXX-XX-7084       AKA:<br><br>Debtor(s) | CASE NO:<br>15-90007<br><br>CHAPTER 13<br><br><br>NOTICE OF<br>FILED CLAIMS |

In accordance with LBR 3007-1(d), Russell D. Greer, Chapter 13 Standing Trustee, has compiled a list of filed claims in the above referenced case. That list is attached hereto. This Notice of Filed Claims is being served on the debtor(s) and the attorney for the debtor(s) so that they may review the same and, in general, determine whether any claim should be objected to, whether the debtor(s) should file a claim for any creditor that has failed to file a claim, and whether the debtor(s) plan should be modified due to the claims that have been filed. Debtor(s) and the attorney for the debtor(s) are directed to LBR 3007-1(d) for further particulars. That Local Rule is available on the Court's internet site, www.caeb.uscourts.gov , and at the Court's public counters.

Please note the following important dates:

Deadline to File a Proof of Claim:
    Creditors (except governmental unit)            May 19, 2015
    Governmental unit             July 06, 2015

Deadline for debtor(s) to file claims, per LBR 3004-1    October 19, 2015
Deadline to object to filed claims, per LBR 3007-1(d)    October 19, 2015
Deadline to modify plan, etc., per LBR 3007-1(d)    November 16, 2015

The dates above are provided for the convenience of the parties. The Trustee's office shall not be liable for any mistakes or omissions with respect to said dates. Debtor(s) and the attorney for the debtor(s) should review the Court file and calculate all relevant dates.

    NOTICE TO DEBTOR(S): FOR YOUR CASE TO BE SUCCESSFUL IT IS VERY IMPORTANT
    FOR YOU TO REVIEW THIS DOCUMENT WITH YOUR ATTORNEY.

    DATED: August 18, 2015

                                                      /s/RUSSELL D. GREER_____
                                                    RUSSELL D. GREER
                                                    CHAPTER 13 STANDING TRUSTEE

0054-1G-MTAC1G-00056280-640207

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:  
    **FELIPE VELASCO**                                              CASE No. 15-90007  
    **ALMA DELIA CARRENO**  
SS #1  XXX-XX-6398         SS #2  XXX-XX-7084

## ATTACHMENT TO NOTICE OF FILED CLAIMS

**Claim No.: 001**　　Status: Ignore　　Pay Seq: 75　　Pay%: .0000　　Int Rate: .0000  
Class: Unsecured　　Category: NOTICE CREDITOR  
Account Nbr:  
Creditor Name: OFFICE OF THE US TRUSTEE　　　　　　　Debt Scheduled:　　　　None  
      501 I STREET　　　　　　　　　　　　　　　　　　Debt Per Filed Claim:  
      SUITE 7-500　　　　　　　　　　　　　　　　　　Approved Claim Amt:  
      SACRAMENTO, CA 95814　　　　　　　　　　　　Date Claim Filed:　　Not Filed

**Claim No.: 002**　　Status: Release　　Pay Seq: 55　　Pay%: .0000　　Int Rate: .0000　　PAID DIRECT  
Class: Secured　　Category: SECD DEBT PD DIR  
Account Nbr: 9461  
Creditor Name: WELLS FARGO HOME MORTGAGE　　　　Debt Scheduled:　　　225,818.00  
      1 HOME CAMPUS　　　　　　　　　　　　　　Debt Per Filed Claim:　227,461.60  
      X2302-041　　　　　　　　　　　　　　　　　Approved Claim Amt:　227,461.60  
      DES MOINES, IA 50306　　　　　　　　　　　Date Claim Filed:　　05/12/2015

**Claim No.: 003**　　Status: Release　　Pay Seq: 55　　Pay%: 100.0000　　Int Rate: .0000  
Class: Secured　　Category: SECD DEBT PD IN PLAN  
Account Nbr: 0001  
Creditor Name: WELLS FARGO BANK N A　　　　　　Debt Scheduled:　　　　None  
      PO BOX 4233　　　　　　　　　　　　　　　Debt Per Filed Claim:  
      PORTLAND, OR 97208-4233　　　　　　　　　Approved Claim Amt:  
      　　　　　　　　　　　　　　　　　　　　　Date Claim Filed:　　Not Filed

**Claim No.: 003**　　Status: Release　　Pay Seq: 75　　Pay%: 2.0700　　Int Rate: .0000  
Class: Unsecured　　Category: GENERAL UNSECURED  
Account Nbr: 0001  
Creditor Name: WELLS FARGO BANK N A　　　　　　Debt Scheduled:　　　45,000.00  
      PO BOX 4233　　　　　　　　　　　　　　　Debt Per Filed Claim:  
      PORTLAND, OR 97208-4233　　　　　　　　　Approved Claim Amt:  
      　　　　　　　　　　　　　　　　　　　　　Date Claim Filed:　　Not Filed

**Claim No.: 004**　　Status: Release　　Pay Seq: 65　　Pay%: 100.0000　　Int Rate: .0000  
Class: Priority　　Category: PRIORITY UNSECURED  
Account Nbr: 6398/7084  
Creditor Name: FRANCHISE TAX BOARD　　　　　　　Debt Scheduled:　　　　None  
      BANKRUPTCY SECTION MS A340　　　　　　Debt Per Filed Claim:  
      PO BOX 2952　　　　　　　　　　　　　　　Approved Claim Amt:  
      SACRAMENTO, CA 95812-2952　　　　　　　Date Claim Filed:　　04/30/2015

**Claim No.: 004**　　Status: Release　　Pay Seq: 75　　Pay%: 2.0700　　Int Rate: .0000  
Class: Unsecured　　Category: GENERAL UNSECURED  
Account Nbr: 6398/7084  
Creditor Name: FRANCHISE TAX BOARD　　　　　　　Debt Scheduled:　　　　677.87  
      BANKRUPTCY SECTION MS A340　　　　　　Debt Per Filed Claim:　　281.92  
      PO BOX 2952　　　　　　　　　　　　　　　Approved Claim Amt:　　281.92  
      SACRAMENTO, CA 95812-2952　　　　　　　Date Claim Filed:　　04/30/2015

**Claim No.: 005**　　Status: Release　　Pay Seq: 75　　Pay%: 2.0700　　Int Rate: .0000  
Class: Unsecured　　Category: GENERAL UNSECURED  
Account Nbr: 4020  
Creditor Name: CHASE CARD　　　　　　　　　　　Debt Scheduled:　　　　359.00  
      ATTN BANKRUPTCY DEPT　　　　　　　　　Debt Per Filed Claim:  
      PO BOX 15298　　　　　　　　　　　　　　Approved Claim Amt:  
      WILMINGTON, DE 19850　　　　　　　　　　Date Claim Filed:　　Not Filed

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:
   **FELIPE VELASCO**　　　　　　　　　　　　　　　　**CASE No. 15-90007**
   **ALMA DELIA CARRENO**

SS #1   XXX-XX-6398　　　　　SS #2   XXX-XX-7084

### ATTACHMENT TO NOTICE OF FILED CLAIMS

Claim No.:   006    Status: Release    Pay Seq:  75    Pay%:  2.0700    Int Rate:   .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr:  7084 / 227803
Creditor Name:  COLLECTIBLES MGMT RESOURCES　　　　Debt Scheduled:            388.00
                PO BOX 8438　　　　　　　　　　　　　　　　　Debt Per Filed Claim:      427.47
                FRESNO, CA 93747　　　　　　　　　　　　　Approved Claim Amt:       427.47
                　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed:      02/05/2015

Claim No.:   007    Status: Release    Pay Seq:  75    Pay%:  2.0700    Int Rate:   .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr:  7250
Creditor Name:  DIVERSIFIED CONSULTANT　　　　　　　Debt Scheduled:            392.00
                10550 DEERWOOD PARK BLVD　　　　　　　Debt Per Filed Claim:
                JACKSONVILLE, FL 32256　　　　　　　　Approved Claim Amt:
                　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed:         Not Filed

Claim No.:   008    Status: Release    Pay Seq:  75    Pay%:  2.0700    Int Rate:   .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr:  3282
Creditor Name:  SEARS/CBNA　　　　　　　　　　　　　　Debt Scheduled:            717.00
                PO BOX 6189　　　　　　　　　　　　　　　　Debt Per Filed Claim:
                SIOUX FALLS, SD 57117　　　　　　　　　Approved Claim Amt:
                　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed:         Not Filed

Claim No.:   009    Status: Release    Pay Seq:  75    Pay%:  2.0700    Int Rate:   .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr:  9247
Creditor Name:  SEARS/CBNA　　　　　　　　　　　　　　Debt Scheduled:            549.00
                PO BOX 6189　　　　　　　　　　　　　　　　Debt Per Filed Claim:
                SIOUX FALLS, SD 57117　　　　　　　　　Approved Claim Amt:
                　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed:         Not Filed

Claim No.:   010    Status: Release    Pay Seq:  75    Pay%:  2.0700    Int Rate:   .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr:  6398 / 2000000001141139
Creditor Name:  CALIFORNIA STATE DISBURSEMENT UNIT　　Debt Scheduled:          2,923.00
                PO BOX 989067　　　　　　　　　　　　　　Debt Per Filed Claim:
                SACRAMENTO, CA 95798-9067　　　　　　Approved Claim Amt:
                　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed:      04/13/2015

Claim No.:   011    Status: Release    Pay Seq:  75    Pay%:  2.0700    Int Rate:   .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr:  0001
Creditor Name:  WELLS FARGO　　　　　　　　　　　　　　Debt Scheduled:         37,521.37
                PO BOX 4233　　　　　　　　　　　　　　　　Debt Per Filed Claim:
                PORTLAND, OR 97208-4233　　　　　　　Approved Claim Amt:
                　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed:         Not Filed

Claim No.:   012    Status: Release    Pay Seq:  75    Pay%:  2.0700    Int Rate:   .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr:  5645
Creditor Name:  WELLS FARGO CARD SERVICES　　　　　Debt Scheduled:          1,729.00
                1 HOME CAMPUS 3RD FL　　　　　　　　　Debt Per Filed Claim:
                DES MOINES, IA 50328　　　　　　　　　Approved Claim Amt:
                　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed:         Not Filed

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:
   **FELIPE VELASCO**
   **ALMA DELIA CARRENO**

CASE No. 15-90007

SS #1   XXX-XX-6398      SS #2   XXX-XX-7084

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Claim No.: 013    Status: Release    Pay Seq: 75    Pay%: 2.0700    Int Rate: .0000
Class: Unsecured    Category: LEASE/EXEC K REJECT
Account Nbr:
Creditor Name: AT&T U-VERSE      Debt Scheduled: None
                PO BOX 5014      Debt Per Filed Claim:
                CAROL STREAM, IL 60197      Approved Claim Amt:
                Date Claim Filed: Not Filed

Claim No.: 014    Status: Release    Pay Seq: 75    Pay%: 2.0700    Int Rate: .0000
Class: Unsecured    Category: LEASE/EXEC K REJECT
Account Nbr:
Creditor Name: AT&T WIELESS      Debt Scheduled: None
                C/O BANKRUPTCY      Debt Per Filed Claim:
                1801 VALLEY VIEW LN      Approved Claim Amt:
                DALLAS, TX 75234      Date Claim Filed: Not Filed

Claim No.: 015    Status: Release    Pay Seq: 75    Pay%: 2.0700    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 6687 / Q1192078922
Creditor Name: QUANTUM3 GROUP LLC AS AGENT FOR      Debt Scheduled: None
                MOMA FUNDING LLC      Debt Per Filed Claim: 1,368.87
                PO BOX 788      Approved Claim Amt: 1,368.87
                KIRKLAND, WA 98083      Date Claim Filed: 01/13/2015

Claim No.: 016    Status: Release    Pay Seq: 75    Pay%: 2.0700    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 3843 / Q1192012865
Creditor Name: QUANTUM3 GROUP LLC AS AGENT FOR      Debt Scheduled: None
                MOMA FUNDING LLC      Debt Per Filed Claim: 1,737.59
                PO BOX 788      Approved Claim Amt: 1,737.59
                KIRKLAND, WA 98083      Date Claim Filed: 01/13/2015

Claim No.: 017    Status: Release    Pay Seq: 75    Pay%: 2.0700    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 6637 / Q1188546764
Creditor Name: QUANTUM3 GROUP LLC AS AGENT FOR      Debt Scheduled: None
                MOMA FUNDING LLC      Debt Per Filed Claim: 442.47
                PO BOX 788      Approved Claim Amt: 442.47
                KIRKLAND, WA 98083      Date Claim Filed: 01/13/2015

Claim No.: 018    Status: Release    Pay Seq: 75    Pay%: 2.0700    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 6238 / Q1191971155
Creditor Name: QUANTUM3 GROUP LLC AS AGENT FOR      Debt Scheduled: None
                MOMA FUNDING LLC      Debt Per Filed Claim: 790.45
                PO BOX 788      Approved Claim Amt: 790.45
                KIRKLAND, WA 98083      Date Claim Filed: 01/13/2015

Claim No.: 019    Status: Release    Pay Seq: 75    Pay%: 2.0700    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 6028
Creditor Name: CAPITAL ONE NA      Debt Scheduled: None
                BECKET & LEE LLP, ATTYS FOR CREDITO      Debt Per Filed Claim: 179.59
                POB 3001      Approved Claim Amt: 179.59
                MALVERN, PA 19355      Date Claim Filed: 02/04/2015

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:
   FELIPE VELASCO
   ALMA DELIA CARRENO

CASE No. 15-90007

SS #1    XXX-XX-6398       SS #2    XXX-XX-7084

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Claim No.: 020    Status: Release    Pay Seq: 75    Pay%: 2.0700    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 4922
Creditor Name: CAPITAL ONE NA        Debt Scheduled: None
               BECKET & LEE LLP, ATTYS FOR CREDITO    Debt Per Filed Claim: 685.55
               POB 3001        Approved Claim Amt: 685.55
               MALVERN, PA 19355        Date Claim Filed: 02/04/2015

Claim No.: 021    Status: Ignore    Pay Seq: 55    Pay%: 100.0000    Int Rate: 10.0000
Class: Secured    Category: SECURED NOT PROVIDED IN PLAN
Account Nbr: 9461
Creditor Name: WELLS FARGO HOME MORTGAGE        Debt Scheduled: None
               1 HOME CAMPUS        Debt Per Filed Claim: 1,445.76
               X2302-041        Approved Claim Amt: 1,445.76
               DES MOINES, IA 50306        Date Claim Filed: 05/12/2015

Claim No.: 022    Status: Release    Pay Seq: 75    Pay%: 2.0700    Int Rate: .0000
Class: Unsecured    Category: GENERAL UNSECURED
Account Nbr: 3282
Creditor Name: PYOD LLC ITS SUCCESSORS AND ASSIGNS    Debt Scheduled: None
               CO RESURGENT CAPITAL SERVICES    Debt Per Filed Claim: 717.74
               PO BOX 19008        Approved Claim Amt: 717.74
               GREENVILLE, SC 29602        Date Claim Filed: 05/19/2015

Claim No.: 799    Status: Release    Pay Seq: 45    Pay%: 100.0000    Int Rate: .0000
Class: Attorney    Category: ATTORNEY OF RECORD
Account Nbr:
Creditor Name: BRIAN S HADDIX        Debt Scheduled: 2,500.00
               HADDIX LAW FIRM        Debt Per Filed Claim: 2,500.00
               1600 G STREET #102        Approved Claim Amt: 2,500.00
               MODESTO, CA 95354        Date Claim Filed: 01/05/2015

TOTALS for claims to be paid through plan:

CLASS OF CLAIMS

| | Secured | Priority | Unsecured | Administrative | Special | Attorney |
|---|---|---|---|---|---|---|
| Debt Scheduled: | .00 | .00 | 90,256.24 | .00 | .00 | 2,500.00 |
| Debt Per Filed Claims: | 1,445.76 | .00 | 6,631.65 | .00 | .00 | 2,500.00 |
| Approved Claim Amt: | 1,445.76 | .00 | 6,631.65 | .00 | .00 | 2,500.00 |